# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DARRELL WILLIAMS**                                          **PLAINTIFF**

**VERSUS**                               **CIVIL ACTION NO. 1:10cv300-RHW**

**DEVON ROUSE and JAROME BARNES**                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion entered by this Court this date, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendants are DISMISSED with prejudice.

SO ORDERED, this the 25th day of July, 2011.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE